AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| RICHARD GAZARIAN, an individual **ADR** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C SUNTRUST MORTGAGE, INC. | ) |
| *Defendant* **E-filing** | ) |

## CV 11-02888
## PSG

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TransUnion LLC
555 W. Adams Street
Chicago, IL 60661-3614

THE PRENTICE-HALL CORPORATION SYSTEM (Agent for Service of Process)
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CENTURY LAW GROUP LLP
5200 W. Century Blvd Suite 345
Los Angeles, CA 90045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____6/13/11_____

**Tiffany Salinas-Harwell**

*Signature of Clerk or Deputy Clerk*