UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GAZARIAN

              Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC;
TRANSUNION L.L.C.; EQUIFAX INFORMATION
SERVICES, L.L.C.;SUNTRUST MORTGAGE, INC.
              Defendant(s).

No. C 11-02888 PS G

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6/30/11

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")