1 **CENTURY LAW GROUP LLP**
EDWARD O. LEAR, State Bar No. 132699
2 DANIEL A. WOODFORD, State Bar No. 241086
5200 W. Century Blvd. #345
3 Los Angeles, CA 90045
Phone (310) 642-6900
4 Fax (310) 642-6910

5 Attorney for Plaintiff
RICHARD GAZARIAN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAZARIAN, an individual, | Case No.: CV-11-02888 JF |
| Plaintiff, | |
| v. | **PLAINTIFF RICHARD GAZARIAN ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; SUNTRUST MORTGAGE, INC. | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certified that he or she has:

1. Read the hand book entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the court

1

and private entities; and

3. Considered whether this case might benefit from the available dispute resolution options.

DATED: August 15, 2011

By: _____
Edward O. Lear
Attorneys for Plaintiff
RICHARD GAZARIAN