Karen Butler Reisinger, Esq.  (IN #21795-49)
(Admitted *Pro Hac Vice*)
Sandra L. Davis, Esq. (IN #27803-53)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com
             sdavis@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
             bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RICHARD GAZARIAN,<br>                    Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, L.L.C.; EQUIFAX<br>INFORMATION SERVICES, L.L.C. and<br>SUNTRUST MORTGAGE, INC.<br>                    Defendants. | CASE NO. 5:11-cv-02888-CW<br><br>**[~~PROPOSED~~] ORDER<br>GRANTING TELEPHONIC<br>APPEARANCE REQUEST** |

        This cause is before the Court on Trans Union, LLC's ("Trans Union's") Motion For

Leave Of Court For Lead Counsel To Participate In Case Management Conference And Attend

Hearing On SunTrust Mortgage, Inc.'s Motion To Dismiss Plaintiff's Complaint By Telephone (the "Motion").  The Court, being duly advised, finds cause to allow such telephonic appearance and hereby GRANTS said Motion.

Lead counsel for Trans Union is responsible for arranging such telephonic appearance with CourtCall and must be live on the line promptly at 2:00 p.m. on November 17, 2011.

IT IS SO ORDERED this _ 1st _ day of _____ November ___, 2011.


Judge, U.S. District Court Northern District of California