Karen Butler Reisinger, Esq.  (IN #21795-49)
(Admitted *Pro Hac Vice*)
Sandra L. Davis, Esq. (IN #27803-53)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com
         sdavis@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RICHARD GAZARIAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, L.L.C.; EQUIFAX<br>INFORMATION SERVICES, L.L.C. and<br>SUNTRUST MORTGAGE, INC.<br>　　　　Defendants. | CASE NO. 4:11-cv-02888-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC, ONLY** |

Plaintiff Richard Gazarian, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

1 | compromised and settled, and that Plaintiff's cause against Trans Union only should be
2 | dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.
3 |                                                 Respectfully submitted,

Date: January 6, 2012     */s/ Rizza Gonzales (with consent)*
Edward O. Lear, Esq.  (132699)
Daniel A. Woodford, Esq.  (241086)
Rizza Gonzales, Esq. (268118)
Century Law Group, LLP
5200 West Century Boulevard, Suite 345
Los Angeles, CA  90045
Telephone:  310-642-6900
Fax:  310-642-6910
E-Mail:  lear@centurylawgroup.com
        woodford@centurylawgroup.com
        gonzales@centurylawgroup.com

*Counsel for Richard Gazarian*


Date: January 6, 2012     */s/ Karen Butler Reisinger*
Karen Butler Reisinger, Esq. (IN #21795-49)
  (admitted *Pro Hac Vice*)
Sandra L. Davis, Esq. (IN #27803-53)
 *(*admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com
        sdavis@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
        bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC, ONLY – 4:11-CV-02888-CW**
Page 2 of 3

**1**  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
**2**  dismissed with prejudice.  Plaintiff Richard Gazarian and Defendant Trans Union, LLC shall
**3**  each bear their own costs and attorneys' fees.
**4**
**5**
**6**  Date:  ___1/9/2012_____     _____
**7**          JUDGE, United States District Court, Northern
         District of California
**8**
**9**
**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**