|  |  |
|---|---|
| 1 | **CENTURY LAW GROUP LLP**<br>EDWARD O. LEAR, State Bar No. 132699 |
| 2 | RIZZA D. GONZALES, State Bar No. 268118<br>5200 W. Century Blvd. #345 |
| 3 | Los Angeles, CA 90045<br>Phone (310) 642-6900 |
| 4 | Fax (310) 642-6910 |
| 5 | Attorney for Plaintiff<br>RICHARD GAZARIAN |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAZARIAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; SUNTRUST MORTGAGE, INC.<br><br>    Defendants. | Case No.: 4:11-CV-02888<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SUNTRUST MORTGAGE., ONLY** |

STIPULATION FOR DISMISSAL OF DEFENDANT SUNTRUST MORTGAGE. INC, ONLY

IT IS HEREBY STIPULATED by and between Plaintiff Richard Gazarian and Defendant Suntrust Mortgage, Inc. that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: January 24, 2012     **CENTURY LAW GROUP LLP**

By:   */s/Rizza Gonzales*
      Edward O. Lear
      Rizza Gonzales
      Attorneys for Plaintiff
      RICHARD GAZARIAN

DATED: January 24, 2012     **AKERMAN SENTERFITT LLP**

By:   */s/Bryan Leifer*
      Donald M. Scotten
      Bryan Leifer
      Attorneys for Defendant
      SUNTRUST MORTGAGE, INC.

**IT IS SO ORDERED.**

DATED: 1/26/2012

UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT SUNTRUST MORTGAGE. INC, ONLY