1 | Katherine A. Klimkowski (SBN 263099)
| JONES DAY
2 | 3161 Michelson Drive
| Suite 800
3 | Irvine, CA 92612
| Telephone:(949) 851-3939
4 | Facsimile: (949) 553-7539
| Email: kaklimkowski@jonesday.com
5 |
| Attorney for Defendant
6 | EXPERIAN INFORMATION SOLUTIONS, INC.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RICHARD GAZARIAN, an individual, | Case No. 4:11-cv-02888-CW

12 | Plaintiff, | **STIPULATION AND [PROPOSED]**
| | **ORDER OF DISMISSAL WITH**
13 | v. | **PREJUDICE BETWEEN PLAINTIFF AND**
| | **DEFENDANT EXPERIAN INFORMATION**
14 | EXPERIAN INFORMATION SOLUTIONS, | **SOLUTIONS, INC.**
| INC.; TRANS UNION L.L.C.; EQUIFAX
15 | INFORMATION SERVICES, L.L.C.;
| SUNTRUST MORTGAGE, INC.
16 |
| Defendants.
17

18

19 | IT IS HEREBY STIPULATED by and between Plaintiff Richard Gazarian ("Plaintiff")

20 | and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against

21 | Defendant Experian in the above-captioned action be and hereby are dismissed with prejudice

22 | pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear his or its

23 | own attorneys' fees and costs incurred herein.

24 | IT IS SO STIPULATED.

25

26

27

28

IRI-34533v1

| | | |
|---|---|---|
| 1 | Dated: March 15, 2012 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | */s/ Katherine A. Klimkowski* |
| | | Katherine A. Klimkowski |
| 6 | | Attorney for Defendant |
| | | *EXPERIAN INFORMATION SOLUTIONS, INC.* |
| 8 | Dated: March 15, 2012 | Respectfully submitted, |
| 9 | | CENTURY LAW GROUP LLP |
| 11 | | */s/ Rizza Gonzales* |
| | | Rizza Gonzales |
| 13 | | Attorney for Plaintiff |
| | | *RICHARD GAZARIAN* |

IRI-34533v1

- 2 -

STIPULATION FOR DISMISSAL
Case No. 4:11-cv-02888 CW

1     PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff Richard Gazarian and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: 3/19/2012

*[signature]*

DISTRICT JUDGE CLAUDIA WILKEN

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **March 16, 2012**, I served a copy of the **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court Northern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on **March 16, 2012**, at Irvine, California.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski

IRI-34533v1