**CENTURY LAW GROUP LLP**
EDWARD O. LEAR, State Bar No. 132699
DANIEL A. WOODFORD, State Bar No. 241086
RIZZA GONZALES, State Bar No. 268118
5200 W. Century Blvd. #345
Los Angeles, CA 90045
Phone (310) 642-6900
Fax (310) 642-6910

Attorney for Plaintiff
RICHARD GAZARIAN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GAZARIAN, an individual, | CASE NO. 5:11- CV-11-02888 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; SUNTRUST MORTGAGE, INC. | **Honorable Judge Claudia Wilken** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Richard Gazarian and Defendant Equifax Information Services, L.L.C. that the above-captioned action be and hereby is dismissed with prejudice without pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Equifax Information Services, LLC shall each bear their own costs and attorneys' fees.

///

///

///

1

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: August 27, 2012 | **CENTURY LAW GROUP LLP** |
| 2 | | |
| 3 | | By:    */s/Rizza Gonzales* |
| 4 | |         Edward O. Lear |
| | |         Rizza Gonzales |
| 5 | |         Attorneys for Plaintiff |
| 6 | |         Richard Gazarian |

DATED: August 27, 2012      **KING & SPALDING**

By:     */s/Stephanie Cope*
        Stephanie Cope
        Attorneys for Defendant
        Equifax Information Services, L.L.C.

**IT IS SO ORDERED.**

DATED: _8/27/2012_____          _[signature]_____
                                        UNITED STATES DISTRICT JUDGE